UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-402

| | |
|---|---|
| IKON OFFICE SOLUTIONS,<br>                **Plaintiff,**<br>v.<br><br>SAULISBURY BUSINESS MACHINES, INC.,<br>*Et al*,<br>                **Defendants.** | **ORDER GRANTING**<br>**ADMISSION**<br>*PRO HAC VICE* |

**THIS MATTER** is before the Court upon the motion of Plaintiff Ikon Business Solutions to allow **Christina E. Norland Audigier** to appear *Pro Hac Vice*, dated September 23, 2008 [doc # 5].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Audigier has paid the fee of Two Hundred and Fifty Dollars ($250.00) to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: September 24, 2008

Graham C. Mullen
United States District Judge