IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-402-GCM

| | |
|---|---|
| IKON OFFICE SOLUTIONS, INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| SAULISBURY BUSINESS MACHINES, ) | |
| INC., and WILLIAM J. CIMLER, ) | |
| Defendants. ) | |

    **THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff Ikon Office Solutions, Inc., to allow **John T. Crutchlow** to appear *Pro Hac Vice*, dated April 30, 2009 [doc #18].

    Upon careful review and consideration, this Court will grant the Application.

    In accordance with Local Rule 83.1 (B), the Court notes that Mr Crutchlow has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

    **IT IS SO ORDERED.**

Signed: May 5, 2009

Graham C. Mullen
United States District Judge